BB:as

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6156**-CR-**DIMITROULEAS**

26 U.S.C. § 5861(d)
26 U.S.C. § 5861(e)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
)
v. )
)
ISRAEL COLON, )
)
       Defendant. )
_____)

### INDICTMENT

The Grand Jury charges that:

#### COUNT ONE

On or about September 29, 1998, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ISRAEL COLON,**

did knowingly possess a "firearm", as that term is defined in Title 26, United States Code, Section 5845, that is, a non-serialized lower receiver machine gun, which was not registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, Section 5841. All in violation of Title 26, United States Code, Section 5861(d).



**COUNT TWO**

On or about September 29, 1998, at Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ISRAEL COLON,**

did knowingly transfer a "firearm", as that term is defined in Title 26 United States Code, Section 5845, that is, a non-serialized, lower receiver machine gun, without having first received the written approval from the Secretary of the Treasury or his delegate for the transfer of said firearm, as required by Title 26, United States Code, Section 5812. All in violation of Title 26, United States Code, Section 5861(e).

A TRUE BILL

FOREPERSON

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA         CASE NO. _____

v.

ISRAEL COLON                     **CERTIFICATE OF TRIAL ATTORNEY***
_____

**Court Division:** (Select One)

**Superseding Case Information:**
New Defendant(s)         Yes ___    No ___
Number of New Defendants  ___
Total number of counts   ___

___ Miami   ___ Key West
_X_ FTL     ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act. Title 28 U.S.C. Section 3161.

3. Interpreter:         (Yes or No) _NO_
   List language and/or dialect ____English____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_       Petty     ___
   II   6 to 10 days     ___       Minor     ___
   III  11 to 20 days    ___       Misdem.   ___
   IV   21 to 60 days    ___       Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___No___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No  If yes, was it pending in the Central Region? ___ Yes _X_ No

BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: ISRAEL COLON                            No.:_____

Count # 1:

Possession of unregistered firearm; in violation of 26 U.S.C. 5861(d)

*Max Penalty:   10 years' imprisonment; $ 250,000 fine


Count # 2:

Transfer of NFA firearm; in violation of 26 U.S.C. 5861(e)

*Max Penalty:   10 years' imprisonment; $ 250,000 fine


Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count # :

*Max Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96