UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by ___ D.C.
JUL 7 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
SD OF FLA FT.LAUD.

U.S. Marshal # 608__

UNITED STATES OF AMERICA )
          Plaintiff      ) Case Number: CR 00-6156-CR-DIMI
                         ) REPORT COMMENCING CRIMINAL
     -vs-                )           ACTION
                         )
ISRAEL COLON             )
         Defendant

*********************************************************

TO: Clerk's Office    MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7-6-00      am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: POSS/UNREG/FIREARM & TRANSFER

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 9-2-62

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: O. MIER

(10) Agency: ATF              (11) Phone: _____

(12) Comments: _____