DEFT: Israel Colon (J)#    CASE NO: 00-6156-CR-Dimitrouleas
AUSA: Bruce Brown / Jeff Kay    ATTNY: ~~Pat Hunt~~ Tim Day
AGENT: ATF: Ollie Mier    VIOL: 26:5861
PROCEEDING: Initial Appearance    BOND REC: PTD

BOND HEARING HELD — (yes) no    COUNSEL APPOINTED: FPD

BOND SET @ 250,000 PSB

FILED by ___ D.C.
JUL 7 - 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: wife

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services; treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms - surrender guns to another by next Friday
10) Curfew:
11) Travel extended to: SD/FL
12) Halfway House
    Electronic Monitoring
Reside at current address, no illegal drugs or excessive alcohol

Reading of indictment waived
Not Guilty plea entered
[ ] trial demanded
[ ] Standing Discovery Order entered

Δ - advised of charges
Δ - sworn for counsel

Δ - partially indigent - must deposit $100 onto Reg. of Ct. w/in 30 days.
Δ - sworn

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
~~INQUIRY RE COUNSEL~~ Status re partial indigence: 8-7-00   11:00 am   BSS
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 7-21-00   11:00am   BSS ✓

DATE: 7-7-00    TIME: 11:00am    TAPE # 00-054   PG # 7

3140-3550
Recalled
00-055
158-452