FILED by \_\_\_ D.C.

JUL 7 - 2000

CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6156-CR-Dimitrouleas

UNITED STATES OF AMERICA

vs

Israel Colon

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on 7-7-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained ~~counsel~~ of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

|   |   |
|---|---|
| DEFENDANT: | Address: see bond |
|   | Telephone: |
| DEFENSE COUNSEL: | Name: FPD |
|   | Address: |
|   | Telephone: |
| BOND SET/~~CONTINUED~~: | $ 250,000 PSB |

Bond hearing held: yes  X   no \_\_\_\_  Bond hearing set for _____

Dated this    7    day of    July   , 20 00 .

CLARENCE MADDOX, CLERK OF THE COURT,

By: _(signature)_
Deputy Clerk

Tape No. 00-054

cc: Clerk for Judge
U. S. Attorney
Defense Counsel
Pre-Trial Services