AO 442 (Rev. 12/85) Warrant for Arrest   AUSA BRUCE O. BROWN    SPECIAL AGENT OLLIE J. MIER (305) 597-4778

# United States District Court

SOUTHERN DISTRICT OF FLORIDA   482142

UNITED STATES OF AMERICA

V.

ISRAEL COLON

**WARRANT FOR ARREST**

CASE NUMBER: 00-6156
CR - DIMITROULEAS
MAGISTRATE JUDGE
SNOW

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ ISRAEL COLON _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Possession of unregistered firearm and unlawful Transfer of an unregistered firearm.

in violation of Title 26 United States Code, Section(s) 5861 (d), (e)

Clarence Maddox
Name of Issuing Officer

Denny Butler
Signature of Issuing Officer

Bail fixed at $ Pre-trial detention

Clerk of the Court
Title of Issuing Officer

June 8, 2000, Fort Lauderdale, Florida
Date and Location

by Barry S. Seltzer, United States Magistrate Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED 6/8/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 7/6/00 | FOR: ATF | John Walker, ASDUSM |