HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __MARK COHEN__ CASE NO: __00-6168-CR-FERGUSON__
AUSA __LYNN ROSENTHAL__ ATTY __PHILIP HOROWITZ__
TED CRESPI, ESQ. for Eric Silverman
DON BIERMAN, ESQ. for Bruce Hollander - cnsl cannot attend. Possible plea.
BOB JOSEFSBERG, ESQ. for Kenneth Heyder  *Cancel*
JOHN HOWES, ESQ. for Jean Dufralessi

*Judge Ferguson set for calendar call Mon - July 24 @ 3:15 p.m.*

DEFT __JOSEPH ROTUNNO__ CASE NO: __00-6154-CR-DIMITROULEAS__ *not pu*
AUSA __PAUL SCHWARTZ__ *pres* ATTY __H. DOHN WILLIAMS__
*00-039 @631*

DEFT __ISRAEL COLON__ CASE NO: __00-6156-CR-DIMITROULEAS__
AUSA __BRUCE BROWN__ / *Kaplan* ATTY *Bidwell for Tim Day*
*gov't ready possible plea - dis out*
DEFT *M/due Aug 1* CASE NO:_____
AUSA_____ ATTY_____
*@706*


DEFT_____ CASE NO:_____
AUSA_____ ATTY_____
DATE __JULY 21, 2000__ TIME __11:00 A.M.__