UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6156-CR-DIMITROULEAS

UNITED STATES OF AMERICA,       :

    Plaintiff,             :

v.                              :

ISRAEL COLON,                   :

    Defendant.             :
_____



**STATUS REPORT**

    A status conference was held in this cause on July 21, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided, except for four audiotapes and one videotape. The Government shall deliver the tapes to defense counsel forthwith.

    2. Counsel for the defendant shall have until August 7, 2000, within which to file pretrial motions.

    3. This case may be resolved by way of a plea.

    DATED at Fort Lauderdale, Florida, this **24th** day of July, 2000.

                            /s/ Lurana S. Snow
                            LURANA S. SNOW
                            UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Bruce Brown (FTL)
AFPD Tim Day (FTL)

