UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6156-CR-DIMITROULEAS

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

vs.   :

ISRAEL COLON,   :

    Defendant.   :
_____/

## MOTION TO CONTINUE TRIAL

The defendant, through counsel, files this Motion to Continue the trial in the above-styled case and states as follows:

1. The defendant is charged by way of indictment with violating 26 U.S.C. § 5861(b).

2. The defendant is currently investigating the case. This investigation is not yet complete. Additional time is required within which to complete the investigation.

3. Assistant United States Attorney Bruce Brown was unavailable so as to determine his position on this motion.



WHEREFORE, the defendant requests that this Court grant this motion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _9_ day of August, 2000 to Bruce Brown, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Colon\Continue.01.wpd