UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 00-6156-CR-DIMITROULEAS

    Plaintiff,

vs.

ISRAEL COLON,

    Defendant.

_____/

FILED by ___ D.C.

AUG 1 0 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING WITHOUT PREJUDICE MOTION TO CONTINUE TRIAL

THIS CAUSE having come before the Court on Defendant's Motion To Continue Trial

and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the Defendant's Motion to Continue Trial is hereby

DENIED without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

___ day of August, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Timothy Day, AFPD

Bruce Brown, AUSA

