**CRIMINAL MINUTES**

FILED by /tl D.C.
AUG 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6156-CR-WPD   DATE: August 11, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Israel Colon

U.S. ATTORNEY: Bruce Brown   DEFT. COUNSEL: Tim Day AFPD
Robert Berube for Tim

REASON FOR HEARING: Calendar Call / Status Conf.

RESULT OF HEARING: Deft's motion for continuance granted. Court resets trial period one time from today until trial is deemed excludable.

JUDGMENT: _____

CASE CONTINUED TO: 9/8/00   TIME: 9:00   FOR: Cal Call
MISC: 9/11/00   9:00   2 week trial period