## CRIMINAL MINUTES

FILED by ___ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6156-CR-WPD    DATE: September 8, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.   Israel Colon

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: Tim Day

REASON FOR HEARING: Calendar call / Status conf.

RESULT OF HEARING: Deft motion to continue is granted. Case to be resolved by way of plea. Court sets plea for 9:15 on 9/14. The time from today until 9/14 is deemed excludable.

CASE CONTINUED TO: _____    TIME: _____    FOR: _____

MISC: _____

