UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,    CASE NO. 00-6156-CR-DIMITROULEAS

Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

ISRAEL COLON

Defendant.
_____/

This matter having come before the Court on September 8, 2000 on the Defendant's

Motion To Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to September 14, 2000

at 9:15 A.M.

ORDERED that the period from the date of this order to trial shall be deemed excludable

in computing the time within which the trial of this case must commence pursuant to Title 18,

U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the

trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED at Ft. Lauderdale, Florida, this ___ day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:    Bruce Brown, AUSA
       Timothy Day, AFPD

