**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**



FILED by _____ D.C.
SEP 1 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6156-CR-WPD    DATE: September 14, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Israel Calon

U.S. ATTORNEY: Bruce Brown    DEFT. COUNSEL: Tim Day

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter Guilty Plea to Count 1. Gov't agrees to dismiss Count 2 at time of sentencing. Court accepts guilty plea.

CASE CONTINUED TO: 12/29/00    TIME: 8:30    FOR: Sentencing

MISC: Written plea agreement filed.

