

FILED by _____ D.C.

OCT - 4 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.O. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6156-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

vs.    :

ISRAEL COLON,    :

    Defendant.    :
_____/

## **MOTION TO TRAVEL**

The defendant, through counsel, moves this Court for an order to travel and states as grounds thereof:

1.    The defendant is charged by way of indictment with violating 26 U.S.C. § 5861(b). He was released on a $250,000 personal surety bond on July 7, 2000.

2.    On September 14, 2000, the defendant entered a guilty plea to Count I of the Indictment. His sentencing is currently set for December 29, 2000.

3.    The defendant requests permission to travel to visit his father, Gabriel Colon, who resides at 3035 N. Covington Drive, Deltona, Florida. (904) 532-0774, on October 13, 14 and 15, 2000.



3.    An attempt to contact Assistant United States Attorney Bruce Brown to ascertain his

position on this motion was unsuccessful.

WHEREFORE. the defendant requests that this Court grant this motion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:

Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale. Florida  33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

4th day of October, 2000 to Bruce Brown, Esquire, United States Attorney's Office. 299 E.

Broward Blvd., Fort Lauderdale, Florida  33301 and to Ed Cooley, United States Probation Office.

299 E. Broward Blvd., Room 409, Fort Lauderdale, Florida  33301.

Timothy M. Day

S:\DAY\Colon\Travel.01.wpd

2