UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6156-CR-DIMITROULEAS

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

ISRAEL COLON, :

    Defendant. :
_____/

FILED by ___ D.C.

OCT 05 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## **ORDER GRANTING MOTION TO TRAVEL**

THIS CAUSE having come before the Court on Defendant's Motion to Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to travel is hereby GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___5___ day of October, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

cc:    Timothy Day, AFPD
       Bruce Brown, AUSA
       Ed Cooley, USPO

