UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6156-CR-DIMITROULEAS

UNITED STATES OF AMERICA,    :

      Plaintiff,    :

vs.    :

ISRAEL COLON.    :

      Defendant.    :
_____/



## UNOPPOSED MOTION TO TRAVEL

The defendant, through counsel, moves this Court for an order to travel and states as grounds thereof:

1.    The defendant is charged by way of indictment with violating 26 U.S.C. § 5861(b). He was released on a $250,000 personal surety bond on July 7, 2000.

2.    On September 14, 2000, the defendant entered a guilty plea to Count I of the Indictment. His sentencing is currently set for December 29, 2000.

3.    The defendant requests permission to travel to visit his father, Gabriel Colon, who resides at 3035 N. Covington Drive, Deltona, Florida, (904) 532-0774, on December 21, 22 and 23, 2000.

3.    Assistant United States Attorney Bruce Brown has no objection to this motion.

WHEREFORE, the defendant requests that this Court grant this motion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
    Timothy M. Day
    Assistant Federal Public Defender
    Florida Bar No. 360325
    101 N.E. 3rd Avenue
    Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this

____ day of December, 2000 to Bruce Brown, Esquire, United States Attorney's Office, 299 E.

Broward Blvd., Fort Lauderdale, Florida 33301 and to Ed Cooley, United States Probation Office,

299 E. Broward Blvd., Room 409, Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Colon\Travel.01.wpd

2