**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED DEC 29 2000

CASE NUMBER: 00-6156-CR-WPD  DATE: December 29, 2000
COURTROOM CLERK: ~~Karen A. Carlton~~ Amy Jorden  COURT REPORTER: Bob Ryckoff
PROBATION: _____  INTERPRETER: _____
UNITED STATES OF AMERICA  VS.  Israel Colon
U.S. ATTORNEY: Bruce Brown  DEFT. COUNSEL: Timothy Day

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Deft's Motion for downward departure granted. Defendant sentenced to 5 years Probation, first 6 months must be served in home confinement w/ electronic monitoring. Dft must pay the cost. Fine waived. $100.00 Special Assessment due immediately. Defendant must serve 50 hours of Community Service per year.

CASE CONTINUED TO: _____  TIME: _____  FOR: _____
MISC: 10 days w/in to appeal.

