# United States District Court

## Southern District of Florida

UNITED STATES OF AMERICA
v.
**ISRAEL COLON**

**JUDGMENT IN A CRIMINAL CASE**

(For Offenses Committed On or After November 1, 1987)

Case Number: **0:00CR06156-001**

Timothy Day, AFPD/Bruce Brown, AUSA
Defendant's Attorney

**THE DEFENDANT:**

[X] pleaded guilty to count(s) **ONE (1)**
[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.
[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 26 U.S.C. § 5861 d | POSSESSION OF AN UNREGISTERED MACHINE GUN | 09/29/1998 | ONE |

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

FILED by _____ D.C.
DEC 2 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[X] Count(s) **TWO (2)** is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **09/02/1962**
Defendant's USM No.: ~~60867-004~~ 60860*a*.004
Defendant's Residence Address:
**9670 N.W. 20th Place**
**Sunrise               FL      33322**

Defendant's Mailing Address:
**9670 N.W. 20th Place**
**Sunrise               FL      33322**

12/29/2000
Date of Imposition of Judgment

_Signature of Judicial Officer_

**WILLIAM P. DIMITROULEAS**
**UNITED STATES DISTRICT JUDGE**
Name & Title of Judicial Officer

December 29, 2000
Date





No further action required by the U.S. Marshals Service.

UNITED STATES MARSHAL

SDUSM